# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RALPH STEVEN COPPOLA,

                            Plaintiff

v.

GARFIELD LEGAL, P.C., *et al.*,

                        Defendants.

Case No. 3:26-CV-00348-MMD-CLB

**ORDER DIRECTING PLAINTIFF TO FILE NEW *IN FORMA PAUPERIS* APPLICATION – LONG FORM**

Plaintiff filed an application to proceed *in forma pauperis* ("IFP") (ECF No. 1). Upon review, the Court finds Plaintiff's declaration is insufficient for the Court to act on the application.

**IT IS THEREFORE ORDERED** that the Clerk shall **SEND** Plaintiff an "Application to Proceed in District Court Without Prepaying Fees or Costs – Long Form" for him to fill out.

**IT IS FURTHER ORDERED** that on or before **Friday, June 12, 2026**, Plaintiff shall either: (1) <u>file</u> the attached fully complete long-form application to proceed IFP with the Clerk of Court; or (2) <u>pay</u> the full filing fee of $405 (consisting of the $350 filing fee and $55 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff fails to timely file a completed long-form IFP application or pay the filing fee, the Court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**DATED**: May 14, 2026          .

_____
**UNITED STATES MAGISTRATE JUDGE**