# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RALPH STEPHEN COPPOLA,

Plaintiff,

v.

GARFIELD LEGAL, P.C., *et al.*,

Defendants.

Case No. 3:26-CV-00348-MMD-CLB

**ORDER WITHDRAWING REPORT AND RECOMMENDATION**

[ECF No. 4]

Plaintiff Ralph Coppola ("Coppola") initiated this case by filing an application to proceed *in forma pauperis* and a *pro se* complaint. (ECF Nos. 1; 1-1.) Coppola failed to provide sufficient information in his application to proceed *in forma pauperis*, however, so the Court ordered him to refile an updated application on the court-approved form on or before June 12, 2026. (ECF No. 3.) Coppola did not comply with the Court's order, so the Court submitted a report and recommendation recommending Coppola's case be dismissed. (ECF No. 4.) The following week, however, Coppola submitted an updated application to proceed *in forma pauperis*. (ECF No. 5.) Accordingly, the Court hereby **WITHDRAWS** its report and recommendation. (ECF No. 4.) The Court will screen Coppola's application to proceed *in forma pauperis* and *pro se* complaint in the normal course.

**IT IS SO ORDERED**.

**DATED**: June 29, 2026    .

UNITED STATES MAGISTRATE JUDGE