UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RALPH STEPHEN COPPOLA,<br>Plaintiff,<br>v.<br>GARFIELD LEGAL, P.C. *et al.*,<br>Defendants. | Case No. 3:26-cv-00348-MMD-CLB<br>ORDER |

Pro se Plaintiff Ralph Stephen Coppola sues Defendants Garfield Legal, P.C. ("Garfield Legal"), Howard M. Garfield, Mike Johnson, Kathie "Kat" Paniagua, Doe Defendants and Roe entities (collectively, "Defendants") for claims arising from his recruitment to the law firm, Garfield Legal. (ECF No. 1-1 ("Complaint").) Before the Court is Judge Baldwin's Report and Recommendation ("R&R") screening the Complaint and recommending that the Court grant Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 5 ("IFP")) and dismiss the Complaint without prejudice. (ECF No. 7.) Plaintiff had until August 3, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") In the R&R, Judge Baldwin first reviewed Plaintiff's IFP applications and recommended granting them because he is unable to pay the filing fee. (ECF No. 7 at 1-2.) Judge Baldwin next screened the Complaint and recommended dismissal without prejudice because all individually named Defendants appear to reside in California, Garfield Legal is a California professional corporation with all of its offices in

California, and the vast majority of the factual allegations and interactions between the parties giving rise to this case took place in California. (*Id.* at 4-5.) Accordingly, Judge Baldwin noted that venue appears improper in Nevada under 28 U.S.C. § 1391(b). (*Id.*) The Court agrees with Judge Baldwin and will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 5) are granted.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint (ECF No. 1-1) is dismissed without prejudice, to the extent Plaintiff can assert plausible claims for relief in the correct court.

The Clerk of Court is kindly directed to enter judgment and close this case.

DATED THIS 5th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE